In the United States District Court
For the Western District of Virginia
Roanoke Division

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

5/13/2020
JULIA C. DUDLEY, CLERK
BY:    /s/T. Taylor
        DEPUTY CLERK

DEPUTY CLERK

pg 1 of

GARY HANCOCK,
        Plaintiff

        v.                    Civil Action No.    7:20-cv-00277

NANCY SMITH, et al.,
        Defendants

                Motion For Preliminary Injunction

Comes now the plaintiff, Pro Se, requesting that
the Court issue a preliminary injunction to
correct an unconstitutional prison condition at
USP Lee that is currently denying plaintiff
effective access to the courts. Plaintiff asks
that this motion be construed liberally, as he is pro se
and has limited knowledge of law and access to legal
resources, in accordance with Erickson v. Pardus, 551 U.S.
89, 94 (2007). May be construed to Supplement/Add
Warden Streeval as defendant if necessary.

                Facts

1. The petitioner, and all USP Lee SHU prisoners, are
being denied adequate writing utensils and envelopes
to have meaningful access to the courts in violation of

2 of 9

The First Amendment to the United States Constitution.
" The First Amendment protects a prisoner's right to
Seek redress of grievances from prison authorities and
a prisoner's right of meaningful access to the
Courts " Jones v. Williams, 791 F. 3d 1023, 1035
(9th cir. 2015).

2.   In recent years Flexible ink pens have
become the standard writing utensil in SHU's in
the F.B.O.P. These Flexible pens (Flex-pens) are
approximately four inches in length and bendable to prevent
them from being used as weapons.  However, prison officials
are ever searching for creative ways to make prison
conditions more uncomfortable for the prisoner.

The newest psychological-torture-device used by
Warden Streeval at U.S.P. Lee is the Flex-pencil.
Commissary in the S.H.U. at U.S.P. Lee does not sell
writing utensils to prisoners. We are sporadically
issued Flex-pencils which are practically impossible

3 of 9

To write with. These Flex-pencils are approximately Four inches in length and are so soft that they can be tied into a Knot. The outer rubber-like compound that the pencil is composed of also doubles as the eraser. The entire pencil is an eraser! The lead has been mixed with a compound that makes it as soft and Flexible as the rest of the pencil. This "soft lead" writes Terribly (and terribly light). This soft lead does not slide across the paper like the hard-lead in a real wooden pencil; this Soft-lead, being soft and eraser-like, creates an annoying friction with the paper that makes one's hand begin to cramp after writing two sentences

3). If These Flex pencils wrote dark enough to Survive multiple photocopying, they might be Constitutional. However, they write so light (regardless of amount of hand-pressure applied)

That when documents written by these Flex pencils are photocopied, the copied document is too light to read (especially if a copy is copied)

4) See Exhibit 1. "Exhibit 1" is a copy of a letter I wrote to the Clerk of this court, dated 4/8/20, inquiring as to whether the Clerk had recieved two civil complaints I filed against U.S.P. Lee Staff. (The complaints were not recieved because I sent them to the wrong address).

In the Clerk's reply she included a copy of my letter written with the Flex-pencil. Upon arriving at U.S.P. Lee, the Clerk's response was again photocopied by U.S.P. Lee Mailroom Staff prior to delivering it to the plaintiff. (There is a new policy in effect at U.S.P. Lee where prisoners can olny recieve photocopies of all incoming mail)

Exhibit 1 is the copied copy of plaintiff's letter written with the Flex pencil. This document is totally unreadable because it is too light. I have also recieved a copy of a copy of a document I submitted to the U.S. Court of Appeals for the Fourth Circuit (see Exhibit 2). Exhibit 2 was written with a diffrent type of Flex pencil that used to be sold to prisoners in the SHU. Slightly better quality, but still not dark enough to survive multiple photocopyings and make it to the pro se prisoner's records.

## Legal Argument

5. Maybe in the ages of old, "pencils and paper" were enough to satisfy access to the Courts. However, in the digital age, denying a prisoner access to a writing utensil which writes dark enough to survive multiple photocopyings is unconstitutional.

6 of 9

Pencils and Flex pencils in the SHU are unconstitutional for Myriad reasons:

a.) SHU prisoners are given no means to sharpen pencils or Flex-pencils.

b.) Even real pencils dont photocopy well, Flex-pencils' Inability to survive Multiple photocopyings deny access to Courts.

c.) More and More prisons are photocopying prisoner mail to prevent drugs being delivered to prisoners Sprayed on paper. This excess copying of prisoner mail will prevent the pro se plaintiff from recieving Copies of his documents, for his records, that he requests from the Clerk of Court (as they will all look like Exhibits 1 + 2.).

D.) Most Court rules order handwritten documents to be written in blue or black ink.

6. The plaintiff is writing the instant Motion with real pencil lead from a wooden pencil. The plaintiff had to give another prisoner five stamps (Approx. $2.75) for a piece of real-pencil-lead approx ¼ inch long. Plaintiff then had to fabricate a pencil by rolling paper around the small piece of lead until it was sturdy and thick enough to compose this Motion with.

U.S.P. Lee Staff is so over zealous that this small piece of lead is considered contraband and will be confiscated if found. There is also an underground Market for contraband wooden-pencils and ink pens. Four inch "golf pencils" are being sold for 20 stamps ($11.00); and a ink pen is sold for 40 stamps ($22.00).

If I want a pen I must use 40 of my legal-mail-stamps to purchase one. To get it I must "fish" it from another prisoner by sliding a heavy

object with a string attached under my cell door to the prisoner's cell with the contraband ink pen. This is ludicrous, insane.

7. There is no penalogical justification for Denying plaintiff access to Flex pens in the SHU at Lee County USP. I asked Warden Streeval today about Flex pens and he told me to get a Court order.

I asked a couple weeks ago why we can't get Flex-pens and he stuttered, unable to give a clear reason — because there is no reason; and therefore no reason for the Court to deny this Motion.

## Relief Requested

WHEREFORE, the plaintiff asks that the Court issue a preliminary injunction ordering

9 of 9

the Warden of U.S.P. Lee to sell Flex-pens on S.H.U. Commissary and issue them to indigent prisoners

Plaintiff is representing himself in Four Separate Cases, civil and Criminal, within the Fourth Circuit and Must have a black or blue ink pen to draft photocopyable documents.

Plaintiff also asks that the preliminary injunction include an Order, ordering the Warden of U.S.P. Lee to cease and desist from issuing the impossible Flex-pencils now in use.

In the alternative, plaintiff asks that Court order Warden to issue Flex-pens to plaintiff as needed.

I declare under penalty of perjury that the foregoing is true and correct.

5/7/20                          Gary Hancock

Gary Hancock

Legal Mail

Hancoc~ 50763 082
United States Penitentiary
P.O. Box 150
Jonesville, VA 24263

United States District Court
Office of the Clerk
210 Franklin Rd, Rm 540
Roanoke, VA 24011

24011-000040



Exhibit

1

Exhibit

2

In the [illegible]

For the [illegible]

RECEIVED

2020 FEB 16 AM 11:54

G[illegible]

[illegible] CIRCUIT

Cv. No. 1:18-00024
Civil Appeal No:

B. R[illegible] P.I [illegible]        [illegible] or West Virginia,
                                        Bluefield Division,

## Appeal Brief

[illegible] the [illegible] Pro Se Appeal, the [illegible] of the

[illegible]

[illegible], the District Court granted [illegible] defendants Motion to [illegible]

[illegible]

[illegible]

1. [illegible]

[illegible]

[illegible] Sincerely,

[illegible]

[illegible]