IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

GARY HANCOCK,  
    Plaintiff,

v.

UNNAMED DEFENDANTS,  
    Defendant(s),

Civil Action No. 7:20-cv-00277

**OPINION**

By:  James P. Jones  
United States District Judge

    Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983. By order entered July 6, 2020, the court directed plaintiff to submit within 20 days from the date of the order the required monthly statements for the months of November and December 2019 regarding his inmate account.  Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

    More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions.  Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court.  Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

    The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

    ENTER:  This  31st  day of July, 2020.

/s/James P. Jones  
United States District Judge